NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3148

## HENRY J. MUMME, JR.,

Petitioner,

v.

## MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in NY3330080318-I-1.

ON MOTION

Before BRYSON, <u>Circuit Judge</u>.

## O R D E R

The Department of Veterans Affairs moves to reform the official caption to designate the Merit Systems Protection Board as respondent. We treat Henry J. Mumme, Jr.'s submission received on June 11, 2009 as an opposition to the motion.

The Board dismissed Mumme's appeal, challenging his non-selection for a registered nurse position, for lack of jurisdiction. The Board determined that the appointment of medical professionals under 38 U.S.C. §§ 7401, 7403 is not subject to veterans' preference rights and thus Mumme has no right to appeal an alleged violation of such rights. Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the

Board.  In this case, the Board dismissed the appeal for lack of jurisdiction.  Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

(1)    The motion is granted.  The revised official caption is reflected above.

(2)    The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

JUN 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 3 0 2009

JAN HORBALY
CLERK

cc:    Henry J. Humme, Jr.
       Matthew H. Solomson, Esq.
       Joyce G. Friedman, Esq.

s20

2009-3148                                    2